**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7183**

DONALD STANTON SHEALEY,

               Petitioner - Appellant,

     v.

B.  MOSLEY, Warden of FCI Edgefield,

               Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken. David C. Norton, District Judge.  (1:18-cv-01978-DCN)

Submitted:  January 30, 2019               Decided:  April 8, 2019

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Stanton Shealey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Stanton Shealey, a federal prisoner, appeals the district court's order adopting the magistrate judge's recommendation and denying relief without prejudice on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and conclude that Shealey fails to satisfy the test announced in *United States v. Wheeler*, 886 F.3d 415 (4th Cir. 2018) for seeking relief from his sentence under § 2241. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*